IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| THOMAS CHARLES ) | SX- 11 CV - 41 |
| Plaintiff, ) | |
| ) | ACTION FOR DAMAGES |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| RYAN FRASER and ) | |
| SPIRTAS WRECKING COMPANY, ) | |
| a/k/a SPIRTAS COMPANY, and BERG ) | |
| DEMOLITION, INC. ) | |
| ) | |
| Defendants ) | |

### NOTICE OF VOLUNTARY DISMISSAL

Comes now the plaintiff and hereby voluntarily dismisses the above matter as to defendant Berg Demolition, Inc. pursuant to Rule 41 with prejudice as it has been amicably resolved without the defendant Berg Demolition, Inc. entering an appearance. A proposed order is attached.

Dated: March 23, 2012

/s/ Joel H. Holt
Joel H. Holt
2132 Company Street
Christiansted, St. Croix
USVI, 00820
(340) 773-8709